■ LUCAS HENRY et al., Respondents, v. PETER PASQUA, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: Plaintiff, without sufficient foundation or proper justification, was permitted to interrupt the orderly process of the trial, place defendant's trial counsel on the stand during the course of defendant's case and introduce a letter written by the witness which created the inference that defendant had made a statement to the plaintiff inconsistent with the former's testimony. The atmosphere thus created, and the resulting confusion, was not effectively dissipated in the manner of the submission of the issues to the jury. In our view defendant was thereby denied a fair trial and in the interests of justice a new trial should be granted. (*Rudnick* v. *Tuckman*, 1 A D 2d 269, 272; *Pioneer Credit Corp.* v. *San Miguel*, 274 App. Div. 184, 191.) All concur. (Appeal from a judgment of Onondaga Trial Term, for plaintiffs in an action for breach of contract.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ HELEN PETRISKI, as Committee of the Person and Property of JOSEPH PETRISKI, an Incompetent, et al., Respondents, v. HAROLD WARD et al., Appellants.— Judgment modified on the law and facts by striking therefrom the sum of $85, with interest of $12.62, a total of $97.62, and as modified affirmed, with costs to the appellants. Memorandum: Defendants were prospective buyers of the property in question, and utilized part of the premises for a period of time with the acquiescence of one of the plaintiffs, who was in possession as a tenant by the entirety. Under these circumstances the relationship of landlord and tenant did not arise, and the verdict of the jury was contrary to the law and the facts insofar as it awarded the sum of $85 to plaintiff

for the "use and occupancy of certain lands and premises" by the defendants. (See *Castle* v. *Armstead*, 168 App. Div. 466, affd. 219 N. Y. 615.) All concur. (Appeal from a judgment of Herkimer County Court, for plaintiff committee on an action for use and occupation of realty, and an action for merchandise sold.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.